**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BERND SCHAEFERS,<br>                    Debtor.<br>_____<br>BERND SCHAEFERS,<br>                    Plaintiff,<br>        v.<br>FRANZISKA SHEPARD, DAVID BASKETT, and DOES 1-5,<br>                    Defendants. | District Court Case No.<br>CV 20-06491 DMG<br><br>Bankruptcy Court Case No.<br>19-11163<br><br>Adversary Case No.<br>9:19-ap-01040-MB<br><br>**JUDGMENT** |

In accordance with the Order Accepting Report and Recommendation of United States Bankruptcy Judge on Defendants' Motions for Summary Judgment issued concurrently herewith,

IT IS ORDERED, ADJUDGED, AND DECREED that Judgment be entered in favor of Defendants Franziska Shepard and David Baskett and against Plaintiff Bernd Schaefers as to all claims.

DATED:  November 3, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Cc: Bankruptcy Court